STATE of Missouri, Respondent,

v.

Randall F. HARBISON, Sr., Appellant.

No. WD 60913.

Missouri Court of Appeals,
Western District.

April 29, 2003.

Irene C. Karns, Columbia, MO, for appellant.

John M. Morris, III, Jefferson City, MO, for respondent.

Before ROBERT G. ULRICH, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Randall F. Harbison appeals from his conviction for driving while intoxicated, in violation of section 577.010 RSMo (2000). For the reasons set forth in the memorandum to the parties, we affirm. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Jason STANFORD, Appellant.

No. WD 60875.

Missouri Court of Appeals,
Western District.

April 29, 2003.

Rebecca L. Kurz, Kansas City, MO, for appellant.

Stephanie Morrell, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, PATRICIA BRECKENRIDGE, Judge and RONALD R. HOLLIGER, Judge.

### ORDER

PER CURIAM.

Jason Stanford appeals from his convictions by jury of one count of burglary in the first degree, § 569.160 RSMo 2000; one count of forgery, § 570.090 RSMo 2000; and two counts of assault in the third degree, § 565.070 RSMo 2000. No jurisprudential purpose would be served by a formal written opinion, however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).